Case 00-37477   Document 39   Filed in TXSB on 05/03/10   Page 1 of 1
Case 00-37477   Document 37   Filed in TXSB on 04/26/10   Page 1 of 1
Case 00-37477   Document 36-1   Filed in TXSB on 03/29/10   Page 1 of 1



ENTERED 05/03/2010
ENTERED 04/26/2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Stephanie Lewis §
§
§
§
§
Debtor(s).              §

Case No. 00-37477

#36

**Order for Payment of Unclaimed Funds**

Upon the application of Rick Buckley,

seeking payment of $ 342.46 representing funds previously unclaimed by

GE CARD SERVICES
PO Box 8726
Dayton OH 45401

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that GE CAPITAL is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 342.46 to:

GE CAPITAL Att. Rick Buckley
901 Main Ave
Norwalk CT 06851

Signed this ___ day of MAY - 3 2010 , _____.

_____
United States Bankruptcy Judge